IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL A. SANTELLANO,<br><br>            Plaintiff,<br><br>    v.<br><br>MARIN COUNTY DISTRICT ATTORNEYS OFFICE, et al.,<br><br>            Defendants._____ / | No. C 11-01001 CW (PR) |
| PAUL A. SANTELLANO,<br><br>            Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>            Defendants._____ / | No. C 11-01002 CW (PR)<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE; TERMINATING ALL PENDING MOTIONS |

Plaintiff, a state prisoner, filed the instant pro se prisoner complaints on March 3, 2011, when he was incarcerated at the Santa Clara County Jail.

On June 2, 2011, mail directed to Plaintiff by the Court in case No. C 11-01001 was returned as undeliverable to the Clerk of the Court with a notation that Plaintiff was "not in custody." To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in case No. C 11-01001.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. See L.R. 3-11(a). The court may, without prejudice,

dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. See L.R. 3-11(b).

More than sixty days have passed since the mail directed to Plaintiff by the Court in case No. C 11-01001 was returned as undeliverable, and the Court has not received a notice from Plaintiff of a new address. Accordingly, case No. C 11-01001 is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

Additionally, in view of Plaintiff's having filed case No. C 11-01002 on the same date and with the same return address as case No. C 11-01001, and Plaintiff's failure, since the date of filing, to update his address in that case or submit any further pleadings therein, case No. C 11-01002 is DISMISSED without prejudice for failure to prosecute.

The Clerk of the Court shall enter judgment in accordance with this Order, terminate all pending motions in both cases and close the files.

IT IS SO ORDERED.

Dated: 8/9/2011

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PAUL A SANTELLANO,

        Plaintiff,

  v.

MARIN COUNTY DISTRICT et al,

        Defendant.
                                            /

Case Number: CV11-01001 CW
                    CV11-01002 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul A. Santellano #10059539
DBV552
San Clara County Jail
885 N. San Pedro St.
San Jose, CA 95110

Dated: August 9, 2011

                                    Richard W. Wieking, Clerk
                                    By: Nikki Riley, Deputy Clerk